**BOND OF RECEIVER**

Bond No. 2131734

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., successor-in interest by merger to LaSalle Bank, N.A. as Trustee for the registered holders of Bear Stearns Commercial Mortgage Securities, Inc., Commercial Mortgage Pass-Through Certificates, Series 2005-PWR8, acting by and through its special servicer, C-III Asset Management LLC, | Case No. 2:10-cv-01416-ECR-RJJ |
| Plaintiff, | |
| vs. | |
| MARY CREST PARTNERS III, LLC, a Nevada limited liability company, | |
| Defendant. | |

KNOW ALL BY THESE PRESENTS, That we, David L. Jewkes, as Principal, and North American Specialty Insurance Company, a corporation organized and existing under the laws of the State of New Hampshire, and authorized to transact business in the State of Nevada, as Surety, are held and firmly bound unto the Receivership of Mary Crest Partners III, LLC, in the sum of Fifty Thousand and 00/100 Dollars, ($50,000.00), good and lawful money of the United States, for the payment of which sum, well and truly to be made, we bind ourselves, our heirs, executors, administrators, successors and assigns, jointly and severally, firmly by these presents.

WHEREAS, in the above action and the above Court, on January 28, 2011, the Principal has been appointed Receiver of Mary Crest Partners III, LLC with authority and instructions as designated by the court and has been directed to give a bond to Obligee in the sum aforesaid, according to law.

NOW, THEREFORE, THE CONDITION OF THIS OBLIGATION IS SUCH that, if the Principal shall faithfully discharge the duties of Receiver and shall obey the orders of the Court therein, then this obligation shall be void, otherwise to remain in full force and effect.

SIGNED AND SEALED this 1st day of February, 2011.

David L. Jewkes
By: _____

Approved:

North American Specialty Insurance Company

Edward C. Reed
Judge

By: Brenda J. Smith
Brenda J. Smith, Attorney-in-Fact

Dated this 3rd day of February, 2011.

# NAS SURETY GROUP

NORTH AMERICAN SPECIALTY INSURANCE COMPANY
WASHINGTON INTERNATIONAL INSURANCE COMPANY

## GENERAL POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, THAT North American Specialty Insurance Company, a corporation duly organized and existing under laws of the State of New Hampshire, and having its principal office in the City of Manchester, New Hampshire, and Washington International Insurance Company, a corporation organized and existing under the laws of the State of New Hampshire and having its principal office in the City of Schaumburg, Illinois, each does hereby make, constitute and appoint:

**JON M. RICHE, KELLEY A. MacPHERSON,**

**BRITTNEE EARL, and BRENDA J. SMITH**

**JOINTLY OR SEVERALLY**

Its true and lawful Attorney(s)-in-Fact, to make, execute, seal and deliver, for and on its behalf and as its act and deed, bonds or other writings obligatory in the nature of a bond on behalf of each of said Companies, as surety, on contracts of suretyship as are or may be required or permitted by law, regulation, contract or otherwise, provided that no bond or undertaking or contract or suretyship executed under this authority shall exceed the amount of:

**FIFTY MILLION ($50,000,000.00) DOLLARS**

This Power of Attorney is granted and is signed by facsimile under and by the authority of the following Resolutions adopted by the Boards of Directors of both North American Specialty Insurance Company and Washington International Insurance Company at meetings duly called and held on the 24th of March, 2000:

"RESOLVED, that any two of the Presidents, any Managing Director, any Senior Vice President, any Vice President, any Assistant Vice President, the Secretary or any Assistant Secretary be, and each or any of them hereby is authorized to execute a Power of Attorney qualifying the attorney named in the given Power of Attorney to execute on behalf of the Company bonds, undertakings and all contracts of surety, and that each or any of them hereby is authorized to attest to the execution of any such Power of Attorney and to attach therein the seal of the Company; and it is

FURTHER RESOLVED, that the signature of such officers and the seal of the Company may be affixed to any such Power of Attorney or to any certificate relating thereto by facsimile, and any such Power of Attorney or certificate bearing such facsimile signatures or facsimile seal shall be binding upon the Company when so affixed and in the future with regard to any bond, undertaking or contract of surety to which it is attached."

By _____
Steven P. Anderson, President & Chief Executive Officer of Washington International Insurance Company
& Senior Vice President of North American Specialty Insurance Company

By _____
David M. Layman, Senior Vice President of Washington International Insurance Company
& Vice President of North American Specialty Insurance Company

IN WITNESS WHEREOF, North American Specialty Insurance Company and Washington International Insurance Company have caused their official seals to be hereunto affixed, and these presents to be signed by their authorized officers this 15th day of December, 2010.

**North American Specialty Insurance Company**
**Washington International Insurance Company**

State of Illinois  } ss:
County of Cook

On this 15th day of December, 2010, before me, a Notary Public personally appeared Steven P. Anderson, President and CEO of Washington International Insurance Company and Senior Vice President of North American Specialty Insurance Company and David M. Layman, Senior Vice President of Washington International Insurance Company and Vice President of North American Specialty Insurance Company, personally known to me, who being by me duly sworn, acknowledged that they signed the above Power of Attorney as officers of and acknowledged said instrument to be the voluntary act and deed of their respective companies.

"OFFICIAL SEAL"
DONNA D. SKLENS
Notary Public, State of Illinois
My Commission Expires 10/06/2011

_____
Donna D. Sklens, Notary Public

I, James A. Carpenter, the duly elected Assistant Secretary of North American Specialty Insurance Company and Washington International Insurance Company, do hereby certify that the above and foregoing is a true and correct copy of a Power of Attorney given by said North American Specialty Insurance Company and Washington International Insurance Company, which is still in full force and effect.

IN WITNESS WHEREOF, I have set my hand and affixed the seals of the Companies this 1st day of February, 2011.

_____
James A. Carpenter, Vice President & Assistant Secretary of Washington International Insurance Company &
North American Specialty Insurance Company