UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| BANK OF AMERICA, N.A., | ) | Case No. 2:10-cv-01416-ECR-RJJ |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| MARY CREST PARTNERS III, LLC, | ) | |
| Defendant. | ) | |

One issue raised in the motion (#38) filed by Plaintiff on July 8, 2011, seeks a substitution of parties, substituting First Memphis Company, LLC, as Plaintiff in place of Bank of America, N.A.

The other issue raised in the motion (#38) seeks an order permitting attorneys Snell and Wilmer to withdraw as counsel for Plaintiff.

No opposition has been filed to the Plaintiff's motion (#38).

IT IS THEREFORE ORDERED Plaintiff's motion (#38) is <u>GRANTED</u>.

The caption of the action shall be amended accordingly.

Dated this 8th day of August 2011.

_____
EDWARD C. REED, JR.
United States District Judge